# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00568-CV

### In re Ryan O'Quinn Anders

### ORIGINAL PROCEEDING FROM FAYETTE COUNTY

### M E M O R A N D U M   O P I N I O N

We deny Relator's petition for writ of mandamus challenging the transfer order and dismiss, as moot, Relator's request for emergency relief.  *See* Tex. R. App. P. 52.8.

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Field

Filed:   September 8, 2014